**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102
(314) 244–4500

In re                                                                      Case No.: 15–44028 – A705
  Debtor(s):                                                                       Chapter: 7
  David Edward Swanson – See below for reported alias information.
  xxx–xx–4725 –
  – See below for reported alias information.
  –

**Order and Notice of Failure to Pay Filing Fee Through Internet**

The Board of Judges has approved making payment of fee related events mandatory through the Internet effective September 1, 2004. On May 28, 2015, ECF participant James Van Dillen did not pay the filing fee of $335.00 through the Internet for the filing of the Voluntary Petition. A filing fee is due at the time of filing this document. Even if the Debtor is applying to pay the petition Filing Fee in installments or through the Chapter 13 Plan, 50% of the Filing Fee is due at the time the petition is filed. See L.R. 1006(a). Payment of all fees due can be made either through CM/ECF by accessing the Internet Payment Due option in the Utilities menu or by bringing the necessary payment directly to the Intake Counter of the Court.

If the fee is not paid within two business days from the date of this Order, **the petition or pleading may be dismissed or denied without further notice.**

*/s/ Charles Rendlen III*
U.S. Bankruptcy Judge

Dated: 5/29/15
St. Louis, Missouri
Rev. 08/14 ecffee

**Reported Alias Information:**
David Edward Swanson –
–